# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERTA J. KLINEFELTER  
316 W. HURLBUT STREET  
BELVIDERE, IL 61008  
SSN-xxx-xx-9109

Case Number: 06-70073

Case filed on: 1/23/2006  
Plan Confirmed on: 4/7/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,192.12       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 1,120.45 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 1,120.45 | 0.00 |
| 999 | ROBERTA J. KLINEFELTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BLACKHAWK STATE BANK | 5,500.00 | 5,000.00 | 1,503.75 | 254.29 |
|  | Total Secured | 5,500.00 | 5,000.00 | 1,503.75 | 254.29 |
| 001 | BLACKHAWK STATE BANK | 0.00 | 500.00 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 1,777.64 | 1,777.64 | 0.00 | 0.00 |
| 003 | ROYCE FINANCIAL | 540.00 | 540.00 | 0.00 | 0.00 |
| 004 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASPIRE VISA | 964.68 | 964.68 | 0.00 | 0.00 |
| 007 | BELVIDERE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BERIATRIC TREATMETN CENTER | 100.00 | 100.00 | 0.00 | 0.00 |
| 009 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHECK N GO OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN HOSPITAL | 318.54 | 318.54 | 0.00 | 0.00 |
| 020 | FINGERHUT CREDIT ADVANTAGE | 1,534.62 | 1,534.62 | 0.00 | 0.00 |
| 021 | PREMIER BANKCARD/CHARTER | 634.72 | 634.72 | 0.00 | 0.00 |
| 022 | FREEPORT EYE DOCTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 1,502.05 | 1,502.05 | 0.00 | 0.00 |
| 024 | NICOR GAS | 535.97 | 535.97 | 0.00 | 0.00 |
| 025 | B-LINE LLC | 903.30 | 903.30 | 0.00 | 0.00 |
| 026 | OSF LIFELINE AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OSF ST ANTHONY MEDICAL CENTER | 459.00 | 459.00 | 0.00 | 0.00 |
| 028 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PSYCHIATRIC CLINIC OF NO. IL. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | R. MARK LINDMAN DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD PSYCHIATRIC MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | B-LINE LLC | 2,089.65 | 2,089.65 | 0.00 | 0.00 |
| 036 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SUPERIOR AIR GROUND AMBULANCE SERVICE | 470.00 | 470.00 | 0.00 | 0.00 |
| 038 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | TEDS APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | THE SLEEZER HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CHARLES KLINEFELTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ROCKFORD GASTROENTEROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | CHECK IT | 75.50 | 75.50 | 0.00 | 0.00 |
| 046 | ROCKFORD MERCANTILE AGENCY INC | 5,185.84 | 5,185.84 | 0.00 | 0.00 |
| 047 | AMCORE BANK, NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | HIP AND THIGH SCULPTOR/BODY BY JAKE | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | PORTFOLIO RECOVERY ASSOC, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | PRAIRIE STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 051 | ROCKFORD GASTROENTEROLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | SAFEWAY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | WINTER AND ASSOCIATES PROPERTY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 17,091.51 | 17,591.51 | 0.00 | 0.00 |
| | Grand Total: | 25,433.26 | 25,433.26 | 2,765.95 | 254.29 |

Total Paid Claimant:    $3,020.24
Trustee Allowance:    $171.88
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007        By  /s/Heather M. Fagan